UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BRUCE FARMS PARTNERSHIP, *et al.*,) | |
| ) | Case No.  1:18-cv-00026-SNLJ |
| Plaintiff,                              ) | |
| v.                                          ) | In re: Dicamba Herbicides Litigation |
| ) | Case no. 1:18-md-02820-SNLJ |
| MONSANTO COMPANY, *et al.*,      ) | |
| ) | MDL 2820 |
| Defendants.                          ) | |

### ORDER OF DISMISSAL

This matter is before the Court on plaintiffs' Voluntary Dismissals [Docs. 105, 106, 107].  Plaintiffs state that all matters and controversies herein have been compromised and settled, and they seek to dismiss their claims individually and collectively against all defendants, with each party bearing its own costs.

Accordingly,

**IT IS HEREBY ORDERED** that all claims of Bruce Farms Partnership, Curtis Nash, Dena Nash, Curtis & Dena Nash JV, K and W Farms Partnership, Gary Gerlach, Gerlach Farming, David Oakes, David Oakes Farm, Reed C. Storey, Ronald Curtis Storey, Storey Farming, Charles P. Loeschner, Curtis Heidelberger, Amy Heidelberger Varela, C&A Heidelberger Farms, William Matthew Dunavan, Robert Shaun Bennett, Katherine Bennett, RSB Farming, Darrow C. Linn, April Johnson, Larry Johnson, S&A Farms, Clint Henderson, Clint E. Henderson Land Company, Henderson Land & Cattle Co., Lonny W. Lockley, Lonny W. Lockley, Jr. ("Wes"), Lockley Bros Farm, Daniel Hill, KDH Farms Partnership, D. Hill and Sons Farm, LLC, P&E Farms, LLC, James L. Hill, T Hill Farms, Hill Farms Partnership, David Carter, David Carter Farms JV, George

Watson, Watson Partners, Billy Childers, and Violate Childers are **DISMISSED with prejudice**, with each party bearing its own costs.

**IT IS FURTHER ORDERED** that all claims of Bruce Farms, Ronnie Bruce, Karen Bruce, Karen Bruce d/b/a Bruce Farms Partnership, Caleb Bruce, LA Farms, Incorporated, William E. McMullen, Eddie McMullen Farms, Phillip Wade Hill, Kevin Gerlach, Fredrick Ainsworth, Ainsworth Farms Partnership, Jeremy Oakes, Stephen Douglas Meacham, Meacham Farms, Carlos Nash, Gadwal Farms, Waterfowl Farms, Inc., Judy A. Minton, Fran Adams, The Morris Revocable Trust, Lance Hill, L&M Partnership, and DWK Farms, LLC are **DISMISSED without prejudice**, with each party bearing its own costs.

**IT IS FURTHER ORDERED** that all claims having been dismissed herein , the Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED** this 25th day of September, 2025.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE